# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-5154** **September Term, 2023**

**1:21-cv-03077-JEB**

**Filed On:** February 26, 2024


Jason Payne,

Appellant

v.

Joseph R. Biden, Jr., President, et al.,

Appellees

**BEFORE:** Wilkins and Walker, Circuit Judges, and Rogers, Senior Circuit Judge

## O R D E R

In accordance with the Supreme Court's judgment filed January 12, 2024, vacating this court's March 21, 2023 judgment, and remanding with instructions to dismiss the case as moot, it is

**ORDERED** that this case be dismissed as moot.

The Clerk is directed to withhold issuance of the mandate for a period of seven days from the date of this order.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk