# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Jason Payne

v.

Joseph R. Biden, et al.

**Case No:** 22-5154

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Jason Payne

### Counsel Information

**Lead Counsel:** Reed Rubinstein
**Direct Phone:** (202) 964-3721  **Fax:** (   )   **Email:** reed.rubinstein@aflegal.org

**2nd Counsel:** Gene Hamilton
**Direct Phone:** (202) 964-3721  **Fax:** (   )   **Email:** gene.hamilton@aflegal.org

**3rd Counsel:** Andrew Block
**Direct Phone:** (202) 964-3721  **Fax:** (   )   **Email:** andrew.block@aflegal.org

**Firm Name:** America First Legal Foundation
**Firm Address:** 300 Independence Avenue SE, Washington, DC 20003
**Firm Phone:** (202) 964-3721  **Fax:** (   )   **Email:** info@aflegal.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)